DOWD, J.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | Case No. 4:07CR138 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | O R D E R |
| | ) | |
| William D. Warfield | ) | |
| | ) | |
| Defendant(s). | ) | |

A report and recommendation of Magistrate Judge George J. Limbert was filed in this matter recommending that the above defendant's plea of guilty be accepted and a finding of guilty be entered by this Court.

The Court hereby adopts Magistrate Judge George J. Limbert's Report and Recommendation and accepts the defendant's plea of guilty and enters a finding of guilty.

IT IS SO ORDERED.


September 16, 2010          *s/David D. Dowd, Jr.*
       Date                         David D. Dowd, Jr.
                                    U.S. District Judge